UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AMCO INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID AND KRISTINE LOWDER, ) <br> ) <br> and ) <br> ) <br> SOUTHEASTERN FREIGHT LINES, INC., ) <br> ) <br> and ) <br> ) <br> JERRY COAN, ) <br> ) <br> Defendants. ) | Case No.: 2:17-cv-00020 |

**SECOND APPLICATION FOR ENTRY OF DEFAULT**

COMES NOW Plaintiff AMCO Insurance Company, by and through undersigned counsel, and hereby requests the Clerk to enter a default against the defendant, David Lowder, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure. As referenced in the Clerk's Denial of Entry of Default (Doc. 29), Plaintiff has confirmed that David Lowder is not currently in military service as required by the Servicemembers Civil Relief Act of 2003.

Respectfully submitted,

/s E. Jason Ferrell
E. Jason Ferrell
Tenn. Registration No. 24425

BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC
P. O. Box 23890
Nashville, TN 37202-3890
PHONE: (615) 630-7716
FAX: (615) 256-8985
jferrell@bkblaw.com
**Attorney for Plaintiff**

and

Timothy J. Wolf
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
(314) 421-3400
(314) 421-3128 Facsimile
twolf@bjpc.com
**Attorney for Plaintiff**

*Admitted Pro Hac Vice*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of June, 2017, a true and correct copy of the forgoing was filed electronically and served by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via U. S. Mail.

R. Kreis White
Brentwood Commons II, Suite 230
750 Old Hickory Boulevard
Brentwood, TN 37027
(615) 309-0400
KWhite@WhiteRhodes.com
Attorney for Jerry Coan

John R. Tarpley, BPR No. 9661
Bradford D. Telfeyan, BPR No. 024744
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366

jtarpley@lewisthomason.com
btelfeyan@lewisthomason.com
Attorneys for defendant Southeastern Freight Lines, Inc.

David Lowder
2206 South Tucker Street
Pittsburgh, KS 66762-6469

            _____/s E. Jason Ferrell_____
              E. JASON FERRELL