# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AMCO INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:17-cv-00020 |
| ) | |
| DAVID AND KRISTINE LOWDER, ) | |
| ) | |
| and ) | |
| ) | |
| SOUTHEASTERN FREIGHT LINES, INC., ) | |
| ) | |
| and ) | |
| ) | |
| JERRY COAN, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT DAVID LOWDER**

COMES NOW Plaintiff AMCO Insurance Company, by and through undersigned counsel, and submits this Motion for Default Judgment against Defendant David Lowder ("Lowder") pursuant to Federal Rule of Civil Procedure 55. In support of this Motion, Plaintiff relies upon the pleadings of the case and its Memorandum of Law contemporaneously filed. As grounds for such motion, Plaintiff avers as follows:

1. On March 20, 2017, Plaintiff filed its Complaint in the United States District Court for the Middle District of Tennessee, naming David Lowder, among others, as a defendant.

2. On March 20, 2017, the Court issued a Summons for Lowder to appear and respond to this action.

3. On April 11, 2017, Plaintiff caused the Court's Summons and the Complaint to be served on Lowder through personal service, as evidenced through the Affidavit of Service (Doc. 12).

4. Defendant David Lowder has failed to timely answer or otherwise respond or defend within twenty-one days of being served the Summons and Complaint as required by Federal Rule of Civil Procedure 12(a)(1), and is therefore in default.

5. On June 23, 2017, a default was entered by the Clerk of the Court against Defendant David Lowder (Doc. 31).

6. Defendant David Lowder is not a minor, nor an incompetent person, nor a member of the military service of the United States.

7. Pursuant to Federal Rule of Civil Procedure 55(b), Plaintiff respectfully requests the Court enter a default judgment against Lowder.

8. In support of this request, Plaintiff relies upon the record in this case and the affidavits previously submitted.

WHEREFORE, Plaintiff AMCO Insurance Company respectfully requests the Court enter judgment in this case against Defendant David Loweder declaring:

1. The Physical Damage Coverage provisions of the Policy issued to David Lowder referenced in Plaintiff's Complaint (Doc. 1) provide no coverage to Defendants David Lowder for the losses and property damage allegedly incurred by Defendant David Lowder while operating the 1997 Prevost and as a result of the automobile accident mentioned in Plaintiff's Complaint, and that coverage is also excluded by the Policy's relevant provisions for any such losses; and

2. Plaintiff AMCO Insurance Company has no duty, and will never owe a duty, to defend or indemnify Defendant David Lowder for any settlements, judgments, or other liability incurred

as a result of the automobile accident referenced in Plaintiff's Complaint, based on the allegations currently asserted or which may be asserted by the remaining defendants, arising from the automobile accident mentioned above. A proposed Order is attached as Exhibit A.

Respectfully submitted,

\_\_\_/s E. Jason Ferrell_____
E. Jason Ferrell
Tenn. Registration No. 24425
BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC
P. O. Box 23890
Nashville, TN 37202-3890
PHONE: (615) 630-7716
FAX: (615) 256-8985
jferrell@bkblaw.com
**Attorney for Plaintiff**

and

Timothy J. Wolf
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
(314) 421-3400
(314) 421-3128 Facsimile
twolf@bjpc.com
**Attorney for Plaintiff**

*Admitted Pro Hac Vice*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of July, 2017, a true and correct copy of the forgoing was filed electronically and served by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via U. S. Mail.

R. Kreis White
Brentwood Commons II, Suite 230
750 Old Hickory Boulevard

Brentwood, TN 37027
(615) 309-0400
KWhite@WhiteRhodes.com
Attorney for Jerry Coan

John R. Tarpley, BPR No. 9661
Bradford D. Telfeyan, BPR No. 024744
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366
jtarpley@lewisthomason.com
btelfeyan@lewisthomason.com
Attorneys for defendant Southeastern Freight Lines, Inc.

David Lowder
2206 South Tucker Street
Pittsburgh, KS 66762-6469

                                                /s E. Jason Ferrell
                                                E. JASON FERRELL

13662827