# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| AMCO INSURANCE COMPANY, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | NO. 2:17-cv-00020 | |
| | ) | CHIEF JUDGE CRENSHAW | |
| DAVID and KRISTINE LOWDER, | ) | | |
| SOUTHEASTERN FREIGHT LINES, | ) | | |
| INC., and JERRY COAN, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## ORDER

The Plaintiff has filed a Notice of Dismissal (Doc. No. 40) of the remaining defendants.

Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close

the file.

IT IS SO ORDERED.

_____

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE